UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| POINT RUSTON, LLC; MICHAEL A. COHEN; and SILVER CLOUD, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC NORTHWEST REGIONAL COUNCIL OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA; JOBS WITH JUSTICE EDUCATION FUND OF WASHINGTON STATE, a non-profit corporation; JIMMY MATTA, individually and as a representative of the Regional Council; JIMMY HAUN, individually and as a representative of the Regional Council; JACOB CARTON, individually and as a representative of Jobs With Justice; ADAM HOYT, individually and as a representative of Jobs With Justice; and Does 1-50,<br><br>Defendants. | CASE NO. C09-5232BHS<br><br>ORDER DENYING PLAINTIFFS MOTION TO COMPEL DOCUMENTS IN RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS JOBS WITH JUSTICE EDUCATION FUND OF WASHINGTON STATE, JACOB CARTON, ADAM HOYT, AND DOES 1-50 |

This matter comes before the Court on Plaintiffs' motion to compel production of documents (Dkt. 79). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

## I. ASSOCIATIONAL PRIVILEGE

On September 10, 2009, Plaintiffs filed their motion to compel production of documents (Dkt. 79). On September 22, 2009, Defendants filed a response (Dkt. 83) in opposition to Plaintiffs' motion. On September 25, 2009, Plaintiffs filed a reply (Dkt. 88).

ORDER – 1

The parties dispute whether some of the requested documentation is protected from disclosure by associational privilege. However, at this time, the Court does not find it prudent to determine the merits of these arguments. Defendants Jobs With Justice Education Fund of Washington State, Jacob Carton, Adam Hoyt, and Does 1-50 (hereinafter referred to as "JWJ") assert in their response (Dkt. 83) that they will produce a privilege log by October 7, 2009. The Court expects that JWJ will comply with their own deadline and will not use this privilege log as an opportunity to assert privilege on a wholesale basis. Instead, the Court expects JWJ to use the privilege log to dutifully inform Plaintiffs as to what documents or other requested materials JWJ believes are protected under privilege, whether it be associational or otherwise.

Once the October 7, 2009, privilege log is provided to Plaintiffs, Plaintiffs will have an opportunity to review the log and determine if renewal of this motion is necessary.

## II. ELECTRONIC DISCOVERY

The parties' pleadings also discuss the need to conduct e-discovery in this case. *See* Dkts. 79, 83, and 88. The Court directs the parties to meet and confer in good faith and develop a plan going forward with respect to any e-discovery needs in this case.

## III. ORDER

Therefore, it is hereby **ORDERED** that Plaintiffs' motion to compel is **DENIED**, and the parties are directed to proceed as stated herein.

DATED this 30th day of September, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2