1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   POINT RUSTON, LLC, et al.,

10                    Plaintiffs,                    CASE NO. C09-5232BHS

11          v.

12   PACIFIC NORTHWEST REGIONAL            ORDER ON MOTIONS
     COUNCIL OF THE UNITED                 TO SEAL
13   BROTHERHOOD OF CARPENTERS
     AND JOINERS OF AMERICA, et al.,
14
15                    Defendants.

16          This matter comes before the Court on the Defendant's ("the Carpenters")

17   unopposed motions to seal (Dkts. 214, 222). The Court has considered the pleadings filed

18   in support of the motions and the remainder of the file and hereby denies the motions to

19   seal as discussed herein.

20                                 **I. DISCUSSION**

21          On January 8, 2010, the parties entered into a stipulated protective agreement that

22   permits them to designate documents as "confidential," subject to court approval. *See*

23   Declaration of Daniel M. Shanely (Dkt. 215), Ex. 1 (copy of stipulated protective

24   agreement). The parties agreed that the documents pertaining to the instant motions to

25   seal (Dkts. 214, 222) should be sealed. The parties argued that these documents presented

26   sensitive information, the production of which would result in harm by revealing "critical

27

28

confidential research, development and commercial information regarding [Point Ruston's] finances, loans, marketing, sales, and potential and actual customers including confidential financial data and confidential data regarding Plaintiff's business operations." Further, they argued that "redaction of the documents is *not feasible* as an alternative to sealing the documents given the substantive information in the documents." Dkts. 222, 214 at 2.

On June 8, 2010, the Court ordered the parties to show cause why these motions should not be denied because, in the Court's view, the documents were not appropriate for sealing. On June 15, 2010, the parties filed their responses to the show cause order. Dkts. 301, 302. These responses confirm the Court's conclusion that the documents at issue should not be sealed. The parties are reminded that this is a public court. The Court will not seal documents simply because the parties stipulate or do not oppose the sealing of certain documents. Counsel for the parties should make a thorough review of documents before moving the Court to seal the same.

Because the parties have not expressed adequate reasons for sealing the documents subject to the instant motions, the Court denies the motions to seal. The Court further orders the parties to reevaluate their other pending motions to seal and determine whether client and judicial resources would be better served by removing those motions from the Court's docket. *See, e.g.*, Dkts. 254, 266, 271, 275. Should the parties remain steadfast in their position to seal these other documents, they are further instructed to file supplemental briefing to provide adequate reasons for sealing such documents on a document-by-document basis, as opposed to the boilerplate language used in the instant and pending motions.

**II. ORDER**

The Court hereby **ORDERS** that the parties' motions to seal (Dkts. 214, 222) are

**DENIED** for failure to articulate an appropriate reason to seal the documents at issue.

DATED this 21st day of June, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3